ORIGINAL

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### Washington, D.C.

FILED

AUG 6 2014

U.S. COURT OF
FEDERAL CLAIMS

### BID PROTEST

| | |
|---|---|
| FRAMACO INTERNATIONAL, INC. | |
| Plaintiff, | CFC No. _____ |
| v. | Judge _____ |
| THE UNITED STATES OF AMERICA | 14- 713C |
| Defendant. | |

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF
## FRAMACO INTERNATIONAL, INC.

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Framaco International,

Inc. ("Framaco") states that no parent company or publicly held corporation owns 10% more of

Framaco's stock.  Framaco is a privately held company.

Respectfully submitted,

Date:  August 6, 2014                By:  _____
                                          Jonathan D. Shaffer
                                          (jshaffer@smithpachter.com)
                                          SMITH PACHTER MCWHORTER PLC
                                          8000 Towers Crescent Drive, Suite 900
                                          Tysons Corner, Virginia 22182
                                          Tel: (703) 847-6280
                                          Fax: (703) 847-6312
                                          *Counsel of Record for Plaintiff*
                                          *Framaco International, Inc.*

*Of Counsel*:
Mark E. Hanson (mhanson@smithpachter.com)
Mary Pat Buckenmeyer (mbuckenmeyer@smithpachter.com)
SMITH PACHTER MCWHORTER PLC
8000 Towers Crescent Drive, Suite 900
Tysons Corner, Virginia 22182
Tel: (703) 447-8645
Fax: (703) 847-6312

1

## CERTIFICATE OF SERVICE

I certify that I have caused a true and accurate copy of the Framaco Corporate Disclosure Statement to be delivered by the delivery method indicated below the 6th day of August 2014 to the following:

United States Department of Justice (*via electronic mail*)
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC  20530
Tel: (202) 616-0475
Fax: (202) 305-7644
Email:  nationalcourts.bidprotest@usdoj.gov

Veronica N. Onyema (*via electronic mail*)
United States Department of Justice
Civil Division, Commercial Litigation Branch
National Courts Section
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-0536
Fax: (202) 514-8624
Email:  Veronica.N.Onyema@usdoj.gov

David W. Vivian, Contracting Officer (*via electronic mail*)
Jillian M. Savage, Contracting Officer (*via electronic mail*)
Department of State
Bureau of Overseas Building Operations
1735 N. Lynn Street
Arlington, VA 22209
Tel: (703) 875-6991
Fax:  (703) 875-6699
Email: VivianDW@state.gov
Email: SavageJM@state.gov

Dennis J. Gallagher (*via electronic mail*)
Kathleen D. Martin (*via electronic mail*)
Office of the Legal Advisor for Buildings & Acquisitions
United States Department of State
Washington, D.C.  20520
Tel: (703) 516-1543
Tel: (703) 875-5837
Fax: (703) 516-1547
Email:  GallagherDJ@state.gov
Email:  MartinKD@state.gov

Jonathan D. Shaffer